UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| GREGORY WAYNE CHIPMAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 15-67-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DON BOTTOM, *Warden*, *Northpoint Training Center* | ) ) | |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Petitioner Gregory Wayne Chipman filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254, claiming that his conviction violated the Fourteenth Amendment due to a number of procedural errors in his indictment and trial, as well as ineffective assistance from trial and appellate counsel. R. 1. Magistrate Judge Candace J. Smith filed a Report and Recommendation ("R&R"), finding that the Court lacks jurisdiction to hear Chipman's petition because it is a second or successive petition. R. 4. Chipman objected to Judge Smith's R&R, but conceded that this is a second or successive petition. R. 5 at 1 (conceding that Magistrate Judge Smith accurately recited procedural history and current posture). Accordingly, the Court will adopt Judge Smith's R&R as the opinion of the Court and transfer Chipman's petition to the Sixth Circuit.

In his objection to the R&R, Chipman complains that Judge Smith did not examine the record or address his petition on the merits. R. 5 at 2. Judge Smith's R&R notes that Chipman filed at least two prior § 2254 petitions. R. 4 at 4. He filed an unsuccessful petition in 2005, and a second unsuccessful petition in 2007. *Id.* at 2–3. Chipman concedes that

Judge Smith correctly recited the procedural history of this case, including his prior petitions. R. 5 at 1. Chipman must receive authorization from the Sixth Circuit Court of Appeals before he can file a second or successive § 2254 petition—and before the Court can address the merits of his claims. *See* 28 U.S.C. § 2244(b)(3)(A). Chipman did not receive the required authorization. As a result, the Court must transfer his petition to the Sixth Circuit. *In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

Accordingly, it is **ORDERED** that:

(1) The R&R, R. 4, is **ADOPTED** as the opinion of the Court.

(2) Chipman's petition for a writ of habeas corpus, R. 1, is **TRANSFERRED** to the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631.

This the 21st day of July, 2015.

Signed By:
*Amul R. Thapar*   AT
United States District Judge